1
2
3
4
5    UNITED STATES DISTRICT COURT
6    NORTHERN DISTRICT OF CALIFORNIA
7    EUREKA DIVISION
8
9    JAMES RICKLEFFS,                          No.  5:17-CV-03065 LHK (RMI)

10          Plaintiff,                          ORDER AND WRIT OF HABEAS
          v.                                   CORPUS AD TESTIFICANDUM
11
     TERRY,
12
            Defendants.
13   _____/

14
     It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the
15
     person of JAMES RICKLEFFS, inmate no. 631758,  presently in custody at the San Francisco County
16
     Jail, as the presence of said witness will be necessary at proceedings in the above-entitled cause and
17
     thereafter as may be required.
18

19
     Dated: July 27, 2018                      _____
20                                             ROBERT M. ILLMAN
                                               United States Magistrate Judge
21

22
             THE PRESIDENT OF THE UNITED STATES OF AMERICA
23
     TO:  SHERIFF, COUNTY OF SAN FRANCISCO
24
                              GREETINGS
25
     WE COMMAND that you have and produce the body JAMES RICKLEFFS, inmate no. 631758,  in
26
     your custody in the hereinabove-mentioned institution, before the United States District Court in
27
     Courtroom D of the Federal Courthouse at 450 Golden Gate Avenue in San Francisco at 9:00 a.m. on
28
     August 23, 2018, in order that said prisoner may then and there participate in the SETTLEMENT

1   CONFERENCE in the matter of Rickleffs v. Terry, and at the termination of said hearing return him

2   forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court

3   as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner

4   at all times necessary until the termination of the proceedings for which his testimony is required in this

5   Court;

6        Witness the Honorable Robert M. Illman, Magistrate Judge of the United States District Court

7   for the Northern District of California.

8

9   Dated: July 27, 2018

10                              SUSAN Y. SONG
                                CLERK, UNITED STATES DISTRICT COURT

11

12                              By: Linn Van Meter
                                Administrative Law Clerk

13

14

15

16   Dated: July 27, 2018

17

18

19

20

21

22

23

24

25

26

27

28

